IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DUKE'S STEAK HOUSE, INC.,

     Appellant,

v.

CITY OF JACKSONVILLE,
FLORIDA, FAINBARG II LP,
OSI RESTAURANT PARTNERS,
LLC, and FOLKS HUXFORD, City of
Jacksonville Zoning Administrator

     Appellees.
_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-1976

Opinion filed August 8, 2014.

An appeal from the Circuit Court for Duval County.
W. Gregg McCaulie, Judge.

Joshua A. Harrow, Tampa, for Appellant.

Paul M. Harden, Jacksonville, for Appellee.

PER CURIAM.

     AFFIRMED.

THOMAS, RAY, and OSTERHAUS, JJ., CONCUR.